**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503-6800 | July 11, 2017 |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) New Haven | Case type code (See list on page 2) Major: T   Minor: 90 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| John R. Williams, 51 Elm Street, New Haven, CT 06510 | 067962 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 203 ) 562-9931 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) jrw@johnrwilliams.com |
|---|---|---|

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Ransome, Veronica  Address: 112 West Side Drive, Hamden, CT 06514 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Yale New Haven Hospital, Inc.  Address: c/o Corporation Service Company, 50 Weston Street, Hartford, CT 06120 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left John R. Williams | Date signed 06/19/2017 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

| For Court Use Only |
|---|
| File Date |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN:   JULY 11, 2017

| | | |
|---|---|---|
| VERONICA RANSOME | : | SUPERIOR COURT |
| VS. | : | J. D. OF NEW HAVEN |
| YALE-NEW HAVEN HOSPITAL | : | JUNE 19, 2017 |

## COMPLAINT

### COUNT ONE

1. The defendant is a Connecticut nonstock corporation which operates a hospital and associated medical services in the City of New Haven.

2. The plaintiff is an adult resident of Hamden, Connecticut.

3. At approximately 4:00 a.m. on June 23, 2014, in the vicinity of Park Street and Howard Avenue in New Haven, the defendant was attacked and beaten by two officers of Yale-New Haven Hospital Protective Services, Richard Dunn and E. Diaz.

4. Officers Dunn and Diaz at the time were agents, servants and employees of the defendant, acting within the scope of their employment and for the financial benefit of the defendant.

5. Officers Dunn and Diaz, by virtue of their employment as officers with Yale-New Haven Hospital Protective Services, possessed and at the said time and place exercised law enforcement powers and thus were acting under color

1

of law.

6. The conduct of Officers Dunn and Diaz was extreme and outrageous and was carried out with full knowledge that it was likely to cause the plaintiff to suffer severe emotional distress.

7. As a result of the actions of Officers Dunn and Diaz described above, the plaintiff suffered pain, cuts, bruising, loss of blood, and severe emotional distress manifested in many ways including loss of sleep, nervousness, headache, and loss of appetite.

WHEREFORE the plaintiff claims judgment against the defendant for intentional infliction of emotional distress.

## COUNT TWO

1 - 7. Paragraphs 1 through 7 of Count One are hereby made Paragraphs 1 through 7 of Count Two.

WHEREFORE the plaintiff claims judgment against the defendant for assault and battery.

## COUNT THREE

1 - 7. Paragraphs 1 through 7 of Count One are hereby made Paragraphs 1 through 7 of Count Three.

WHEREFORE the plaintiff claims judgment pursuant to Sections 1983 and 1988 of Title 42 of the United States Code for unreasonable force in violation of the Fourth Amendment to the United States Constitution.

THE PLAINTIFF

BY: /s/ John R. Williams
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com

RETURN:   JULY 11, 2017

| | | |
|---|---|---|
| VERONICA RANSOME | : | SUPERIOR COURT |
| VS. | : | J. D. OF NEW HAVEN |
| YALE-NEW HAVEN HOSPITAL | : | JUNE 19, 2017 |

## PRAYER FOR RELIEF

The plaintiff claims judgment in an amount greater than fifteen thousand dollars ($15,000.00), exclusive of interest and costs, as follows:

1. Compensatory damages;
2. Punitive damages;
3. Attorney fees and costs.

THE PLAINTIFF

BY: /s/ John R. Williams
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com

4